UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CALDWELL, | No.  2:26-cv-0175-CKD P |
| Petitioner, | |
| v. | ORDER |
| LUIS GARNICA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed a request to proceed in forma pauperis.

Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). However, the petition fails to provide necessary information. The petition does not set forth any specific claims or grounds for relief and provides no supporting facts for any claims. The petition will be dismissed with leave to amend.

Rule 2 of the Rules Governing Section 2254 Cases provides that the petition: "shall specify all the grounds for relief which are available to the petitioner and of which he has or by the exercise of reasonable diligence should have knowledge and shall set forth in summary form the facts supporting each of the grounds thus specified." Rule 2(c), Rules Governing Section 2254 Cases. Petitioner must also clearly state the relief sought in the petition. Id. Additionally, the

1

Advisory Committee Notes to Rule 4 explains that "notice pleading is not sufficient, for the petition is expected to state facts that point to a real possibility of constitutional error." Advisory Committee Notes to Rule 4; see Blackledge v. Allison, 431 U.S. 63, 75, n.7 (1977).

**PLAIN LANGUAGE SUMMARY FOR PRO SE PARTY**

The following information is meant to explain this order in plain English. This information is not intended as legal advice.

The court is dismissing your petition because you have not set forth any claims for relief or supporting facts. In the amended petition, you must set forth each claim for relief and summarize the facts in support each of each claim. Use the form provided with this order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 5) is GRANTED.

2. The petition writ of habeas corpus is dismissed with leave to amend within sixty (60) days from the date of this order.

3. Any amended petition must bear the case number assigned to this action, be on the form provided and be titled "Amended Petition".

4. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

5. Failure to file an amended petition will result in a recommendation that this action be dismissed.

Dated:  February 24, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 cald0175.114

2